PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Quadir Brown  **Docket Number:** 01-00114-001
  **PACTS Number:** 29200

**Name of Sentencing Judicial Officer:** The Honorable William H. Walls, U.S.D.J.

**Date of Original Sentence:** 10/24/2001

**Original Offense:** Possession of a Firearm by a Convicted Felon

**Original Sentence:** 84 months imprisonment; 3 years supervised release.

**Date of Violation Sentence:** 05/27/2009

**Violation Sentence:** Term of supervised release extended for 1 year.

**Type of Supervision:** supervised release  **Date Supervision Commenced:** 03/19/2007

**Assistant U.S. Attorney:** Rodney Villazor, 970 Broad Street, Room 502, Newark, New Jersey 07102, (973) 645-2700

**Defense Attorney:** John Yauch, A.F.P.D., 972 Broad Street, 2nd Floor, Newark, New Jersey 07102, (973) 645-6347

---

## PETITIONING THE COURT

[X] To issue a summons

The probation office alleges that the offender has violated the following condition(s) of supervision:

Violation Number | Nature of Noncompliance

1 | The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**'

 | On July 25, 2009, Brown was arrested by officers of the Roselle Police Department on Complaint # W 2009-000246-2014 charging him with assault, in violation of N.J.S.A. 2C:12-1(A)(1). The arrest was the result of a complaint filed by Brown's girlfriend, V.B., who alleges that Brown physically assaulted her during a domestic dispute. The matter is currently pending in the Roselle Municipal Court.

2 | The offender has violated the supervision condition which states '**You shall refrain from excessive use of alcohol and shall not purchase, possess, use,**

distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician.'

On June 19, 2009, and July 14, 2009, Brown signed *Drug Use Admission Forms* indicating he used marijuana on June 14, 2009 and July 4, 2009, respectively. On September 11, 2009, Brown submitted a urine specimen which subsequently tested positive for marijuana.

3    The offender has violated the supervision condition which states '**The defendant shall refrain from the illegal possession and/or use of drugs and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that the defendant shall submit to drug treatment, on an outpatient or inpatient basis, as directed by the U.S. Probation Office. The defendant shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged with the approval of the U.S. Probation Office.**'

In June 2009, Brown was referred for substance abuse treatment at the Behavioral Intervention program in Elizabeth, New Jersey. To date, Brown has failed to participate in substance abuse treatment.

4    The offender has violated the supervision condition which states '**You shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training or other acceptable reasons.**'

Brown is currently unemployed. He was not excused by the probation office from the requirement of working.

I declare under penalty of perjury that the foregoing is true and correct.

By: Paul E. Choinski
U.S. Probation Officer
Date: 10/16/09

THE COURT ORDERS:

[ ] The Issuance of a Warrant
[✓] The Issuance of a Summons. Date of Hearing: 30 November 2009
[ ] No Action
[ ] Other

Signature of Judicial Officer

4 November 2009
Date