PROB 12B
(7/93)

# United States District Court
## for
## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Quadir Brown                                      Cr.: 01-114-01
                                                                    PACTS Number: 29200

Name of Sentencing Judicial Officer: The Honorable William H. Walls, U.S.D.J.

Date of Original Sentence: 10/24/2001

Original Offense: Possession of Firearm by a Convicted Felon

Original Sentence: 84 months imprisonment followed by three years supervised release.

Type of Supervision: Supervised Release                  Date Supervision Commenced: 03/19/2007

## PETITIONING THE COURT

[X]  To modify the conditions of supervision as follows:

The defendant shall refrain from the use of alcohol and shall submit to testing to ensure compliance. It is further ordered that the defendant submit to evaluation and treatment as directed by the U.S. Probation Office. The defendant shall abide by the rules of any program and remain in treatment until satisfactorily discharged with the approval of the U.S. Probation Office.

## CAUSE

During a recent intake assessment at a drug abuse rehabilitation program, Brown admitted to the excessive use of alcohol. The addition of the special condition will allow the probation office to monitor the Brown's alcohol use via a remote monitoring device.

Respectfully submitted,
By: Paul E. Chomski
U.S. Probation Officer
Date: 01/04/2010

THE COURT ORDERS:

[✓] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

Signature of Judicial Officer

Date

PROB 49
(3/89)

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF NEW JERSEY

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel,' I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows. The addition of the following special condition(s):

The defendant shall refrain from the use of alcohol and shall submit to testing to ensure compliance. It is further ordered that the defendant submit to evaluation and treatment as directed by the U.S. Probation Office. The defendant shall abide by the rules of any program and remain in treatment until satisfactorily discharged with the approval of the U.S. Probation Office.

Witness: _____  Signed: X _____
U.S. Probation Officer                                Probationer or Supervised Releasee

12/3/09
DATE