PROB 12B
(7/93)

# United States District Court
## for
## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Quadir Brown

Cr.: 01-00114-001
PACTS Number: 29200

Name of Sentencing Judicial Officer: William H. Walls, U.S.D.J.

Date of Original Sentence: 10/24/2001

Original Offense: Possession of Weapon by Convicted Felon

Original Sentence: 84 months imprisonment; 3 years supervised release

Type of Supervision: Supervised Release    Date Supervision Commenced: 03/19/2007

## PETITIONING THE COURT

[X] To modify the conditions of supervision as follows:

The defendant shall reside for a period of 6 months in a community corrections center, halfway house or similar residential facility and shall observe all the rules of that facility. The defendant shall not be eligible for weekend privileges. The defendant shall pay subsistence as required by the program.

## CAUSE

On October 15, 2008, Brown was found to be in possession of marijuana by officers of the Roselle Police Department. On November 4, 2008, Brown physically assaulted his girlfriend, V.B., and was subsequently charged with aggravated assault with serious bodily injury. Additionally, Brown admitted to recent marijuana use, submitted false and fraudulent *Monthly Supervision Reports*, associated with a convicted felon without the permission of the probation office, and was observed by probation officials to be driving a car while his driving privileges were suspended.

Respectfully submitted,

By: Paul E. Choinski
U.S. Probation Officer
Date: 12/04/2008

THE COURT ORDERS:

[✓] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

Signature of Judicial Officer

16 March 2010

Date

PROB 49
(3/89)

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF NEW JERSEY

### Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel,' I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows:

The defendant shall reside for a period of 6 months in a community corrections center, halfway house or similar residential facility and shall observe all the rules of that facility. The defendant shall not be eligible for weekend privileges. The defendant shall pay subsistence as required by the program.

Witness: [signature]
U.S. Probation Officer
Paul E. Choinski

Signed: X [signature]
Probationer or Supervised Releasee
Quadir Brown

11-5-08
DATE