PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Amended Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Quadir Brown  **Docket Number:** 01-00114-001
 **PACTS Number:** 29200

**Name of Sentencing Judicial Officer:** The Honorable William H. Walls, U.S.D.J.

**Date of Original Sentence:** 10/24/2001

**Original Offense:** Possession of a Firearms by a Convicted Felon

**Original Sentence:** 84 months imprisonment; 3 years supervised release.

**Type of Supervision:** supervised release  **Date Supervision Commenced:** 03/19/2007

**Assistant U.S. Attorney:** Rodney Villazor, 970 Broad Street, Room 502 Newark, New Jersey 07102, (973) 645-2700

**Defense Attorney:** John Yauch, 1002 Broad Street, Newark, New Jersey 07102, (973) 645-6347

---

## PETITIONING THE COURT

[X] To issue a warrant

The probation office alleges that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the supervision condition which states 'You shall refrain from the use of alcohol and shall submit to testing to ensure compliance. It is further ordered that you shall submit to evaluation and treatment as directed by the U.S. Probation Office. You shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged with the approval of the U.S. Probation Office.' |
| | On May 19, 2010, Brown was instructed to report to the probation office on May 20, 2010, so that he may placed on the probation office's alcohol monitoring program (Secure Continuous Remote Alcohol Monitoring or S.C.R.A.M.). Brown failed to report to the probation office as instructed and, therefore, failed to submit to alcohol abuse testing. |

PROB 12C - Page 2
Quadir Brown

2 The offender has violated the supervision condition which states '**You shall report to the probation officer as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days of each month.**'

On May 20, 2010, Brown failed to report to the probation office as insructed. In addition, Brown failed to submit *Monthly Supervision Reports* since February 2010.

3 The offender has violated the supervision condition which states '**You shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician.**'

On June 19, 2009, and July 14, 2009, Brown signed *Drug Use Admission Forms* indicating he used marijuana on June 14, 2009, and July 4, 2009, respectively. On September 11, 2009, and November 24, 2009, Brown submitted urine specimens which subsequently tested positive for marijuana.

I declare under penalty of perjury that the foregoing is true and correct.

By: Paul E. Choinski
U.S. Probation Officer
Date: 05/20/10

THE COURT ORDERS:

[✓] The Issuance of a Warrant
[ ] The Issuance of a Summons.  Date of Hearing: _____.
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

24 May 2010
Date